THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALASKA NATIONAL INSURANCE COMPANY, an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST STEEL FAB, INC., a Washington corporation, and M.A. MORTENSON COMPANY, a Minnesota corporation, and PIERCE COUNTY, a political subdivision of Washington State,<br><br>Defendant. | No.: 3:23-cv-05015 DGE<br><br>STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE<br><br>**NOTED ON THE MOTION CALENDAR: April 18, 2023** |

## **STIPULATION**

Plaintiff Alaska National Insurance Company, and Defendants Northwest Steel Fab, Inc., M.A. Mortenson Company, and Pierce County have reached a final settlement and stipulate that the claims that were or could have been brought in this action be dismissed in their entirety with prejudice, and without an award of costs or fees to any party.

/ / /

/ / /

/ / /

/ / /

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 3:23-CV-05015

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: April 18, 2023.

| BULLIVANT HOUSER BAILEY PC | HARPER HAYES PLLC |
|---|---|
| By: /s/ Valerie J. Garcia<br>Matthew J. Sekits, WSBA #26175<br>E-mail: matthew.sekits@bullivant.com<br>Valerie J. Garcia, WSBA # 60230<br>E-mail: valerie.garcia@bullivant.com<br><br>Attorneys for Plaintiff | By: /s/ Todd C. Hayes<br>Todd C. Hayes, WSBA #26361<br>E-mail: todd@harperhayes.com<br><br>Attorneys for Defendant Northwest Steel Fab, Inc. |
| CARNEY BADLEY SPELLMAN PS | PIERCE COUNTY PROSECUTING ATTORNEY |
| By: /s/ Christopher Wright<br>Christopher Wright, WSBA#26601<br>E-mail: wright@carneylaw.com<br>Ceslie A. Blass, WSBA #51140<br>E-mail: blass@carneylaw.com<br><br>Attorneys for Defendant M.A. Mortenson Company | By: /s/ Ian A. Northrip<br>Ian A. Northrip, WSBA #21105<br>E-mail: ian.northrip@piercecountywa.gov<br><br>Attorneys for Defendant Pierce County |

IT IS SO ORDERED this 19th day of April, 2023.

_____
JUDGE DAVID G. ESTUDILLO
United States District Judge

4880-4713-5831.1

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 3:23-CV-05015

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930